# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS J. BUTTA** | : CIVIL ACTION |
| v. | : NO. 19-675 |
| **GEICO CASUALTY COMPANY** | : |

## ORDER

**AND NOW**, this 19th day of April 2019, upon considering Defendant's Motion to dismiss (ECF Doc. No. 7), Plaintiff's Opposition (ECF Doc. No. 8), Defendant's Reply (ECF Doc. No. 11), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 7) is **DENIED** and it shall answer the Complaint no later than **May 3, 2019**.

KEARNEY, J.