IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS J. BUTTA** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-675 |
| | : |
| **GEICO CASUALTY COMPANY** | : |

## ORDER

**AND NOW**, this 8th day of July 2019, upon considering the Plaintiff's Motion (ECF Doc. No. 34) to amend our April 17, 2019 Order (ECF Doc. No. 17) at paragraph ten to allow additional time to move for class certification, along with his Supplemental Memorandum (ECF Doc. No. 35), finding limited good cause as Plaintiff does not explain why schedules in June 2019 could not be amended to complete Phase 1 discovery in accord with our April 17, 2019 Order (ECF Doc. No. 17), and finding no specific good cause for continuing Phase 1 discovery long beyond the July 10, 2019 deposition, but finding Defendant produced information on July 3, 2019 and the parties will suffer little prejudice in preparing for trial beginning on either November 18, 2019 (uncertified) or March 20, 2020 (if certified), it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 34) is **GRANTED in part** and we **amend** paragraph ten of our April 17, 2019 Order (ECF Doc. No. 17) only to allow the parties to proceed with discovery necessary for Plaintiff to move for class certification no later than **August 5, 2019** with responses filed no later than **August 19, 2019**.

_____
KEARNEY, J.