IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS J. BUTTA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-675 |
| | : | |
| GEICO CASUALTY COMPANY | : | |

## ORDER

**AND NOW**, this 12th day of August 2019, upon Plaintiff's Motion (ECF Doc. No. 61) to amend our August 9, 2019 Order (ECF Doc. No. 62) to briefly postpone oral argument focusing on summary judgment cross-motions and Plaintiff's motion for class certification under our April 17, 2019 Order (ECF Doc. No. 17), and finding no prejudice in allowing counsel to pursue time away from a busy practice particularly after short notice of a Court appearance, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 61) is **GRANTED** and we **amend** our August 9, 2019 Order (ECF Doc. No. 62) to reschedule oral argument for **August 29, 2019** at **3:00 P.M.** in Courtroom 6B and reminding all counsel of their continuing obligations under Fed.R.Civ.P. 1 and our April 17, 2019 Order (ECF Doc. No. 17).

_____
**KEARNEY, J.**