IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS J. BUTTA** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-675 |
| | : |
| **GEICO CASUALTY COMPANY** | : |

## ORDER

**AND NOW**, this 9th day of September 2019, following extensive oral argument and upon considering Plaintiff's notice of withdrawal of his Motions for partial summary judgment and to certify a class under 23(b)(2) for declaratory relief (ECF Doc. Nos. 40, 55), it is **ORDERED** Plaintiff's Motions for partial summary judgment on its declaratory judgment claim (ECF Doc. No. 40) and to certify a class under Fed. R. Civ. P. 23(b)(2) are **DENIED** as withdrawn without prejudice.

_____
KEARNEY, J.