# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANCIS J. BUTTA | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | NO. 19-675 |
| | : | |
| GEICO CASUALTY COMPANY | : | |

## ORDER

**AND NOW**, this 10th day of September 2019, upon considering the Defendant's Motion for partial summary judgment (ECF Doc. No. 41), Plaintiff's Opposition (ECF Doc. No. 49), Defendant's Reply (ECF Doc. No. 52), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for partial summary judgment (ECF Doc. No. 41) is **GRANTED** as to the Plaintiff's claim for declaratory judgment without prejudice to Plaintiff challenging the validity of the Household Exclusion in furthering his claim for breach of contract.

_____
KEARNEY, J.