IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS J. BUTTA | : CIVIL ACTION |
| v. | : NO. 19-675 |
| GEICO CASUALTY COMPANY | : |

# ORDER

**AND NOW**, this 20th day of September 2019, upon considering Plaintiff elected not to move for class certification under Rule 23(b)(3) and 23(c)(4) and compliant with our April 17, 2019 and September 13, 2019 Orders (ECF Doc. Nos. 17 & 73), it is **ORDERED** we shall hold a trial scheduling telephone conference with trial counsel on **Tuesday, September 24, 2019** at **8:45 A.M.** Counsel for Plaintiff shall initiate this call and timely call Chambers at 267-299-7680 when all trial counsel are on the line.

KEARNEY, J.