Eversheds Sutherland (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY  10036-7703

D: +1 212.389.5068
F: +1 212.389.5099

kymberlykochis@
eversheds-sutherland.com

October 23, 2019

**Via ECF and Facsimile**

Honorable Mark A. Kearney
United States District Court
U.S. Courthouse, Room 6613
601 Market Street
Philadelphia, PA 19106
Fax: 267-299-5023

    Re:   *Francis J. Butta v. GEICO Casualty Company*
            Civil Action No.: 2:19-cv-00675-MAK

Dear Judge Kearney:

    Pursuant to Rule I.A. of Your Honor's Individual Policies and Procedures, this letter is to inform Your Honor of the parties' settlement of all claims in the above-referenced matter.

    The parties are currently in the process of drafting and executing a release, which the parties anticipate will be completed within 30 days. Once the release is executed, the parties will file a stipulation of dismissal with prejudice.

    Given the resolution of this matter, the parties respectfully request that this honorable court vacate all deadlines currently set in this matter and stay ruling on Plaintiff's pending motion for summary judgment.

    Plaintiff has reviewed and consented to the filing of this letter.

    Thank you in advance.

                              Kind regards,

                              /s/ Kymberly Kochis
                              **Kymberly Kochis**
                              Eversheds Sutherland (US) LLP

KK/ks
cc:  All Counsel of Record

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

EVERSHEDS SUTHERLAND

**IT IS SO ORDERED.**

Date:  October _____, 2019.

_____
**MARK A. KEARNEY, U.S.D.J.**